UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT MICHAEL DOWNEN, | ) | No. CV 09-02568-R (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| SIMI VALLEY POLICE DEPARTMENT, et al., | ) ) | COMPLAINT |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED: Jan. 5, 2010

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE