JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT MICHAEL DOWNEN, | ) | No. CV 09-02568-R (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| SIMI VALLEY POLICE DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: Jan. 5, 2010

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE